IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FITZ GREEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4433 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 26th day of November, 2002, upon consideration of plaintiff's unopposed letter request of November 25, 2002, it is hereby ORDERED that plaintiff's response to defendant's motion to dismiss is due on or before December 9, 2002.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.