IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FITZ GREEN

                                          02-CV-4433
                                          District Court Docket Number

        vs.

CITY OF PHILADELPHIA, ET AL

Notice of Appeal Filed **5/7/03**
Court Reporter(s)/ESR Operator(s)        N/A

Filing Fee:
        Notice of Appeal **X** Paid __ Not Paid   __ Seaman
        Docket Fee      **X** Paid __ Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

                                    Prepared by :_____
                                                      James Deitz
                                           Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm